IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN BARBER, *et al.*,

      *Plaintiffs*,

  v.

AVCO CORPORATION, *et al.*,

      *Defendants*.

CIVIL ACTION
NO. 15-04096

## ORDER

**AND NOW**, this 16th day of November, 2015, upon consideration of Plaintiffs' unopposed Motion to Remand (ECF No. 12), it is hereby **ORDERED** that Plaintiffs' motion to remand the case to the Court of Common Pleas of Philadelphia County is **GRANTED**.

The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County and mark this case as **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.